■ BOARD OF MANAGERS OF THE ALFRED CONDOMINIUM, Appellant, v CAROL MANAGEMENT, INC., et al., Defendants, and CONSENTINI ASSOCIATES, Respondent. [644 NYS2d 613]

This Court has reinstated similar causes of action against codefendants (214 AD2d 380, *lv dismissed* 87 NY2d 942). As defendant Consentini Associates concedes, there is no reason to reach a different result herein. Concur—Ellerin, J. P., Rubin, Kupferman, Williams and Mazzarelli, JJ.